DONALD THOMAS BERGERSON
CSB No. 91263
15 Boardman Place, Suite 2D
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288

Attorney for Defendant,
LILY ASPILLERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LILY ASPILLERA,<br><br>Defendant. | No. 3:09-CR-1102-SI<br><br>EXHIBITS TO SENTENCING MEMORANDUM OF LILY ASPILLERA |

Annexed are (1) the psychological assessment of Paul Good, Ph.D., and (2) representative medical records pertaining to the current conditions of Lily Aspillera and her husband. These exhibits are the subject of reference in the sentencing memorandum shortly to be filed[1].

. Wherefore, the undersigned asks that these documents be deemed annexed

---

[1] Along with this filing comes a sincere apology. These documents were not available to the undersigned until October 18th, for reasons set out in the stipulation setting the sentencing hearing. But they *were* available as of that date and *should* have been sent to the Court. (They *were* sent to the Government). It may be ameliorative that the 18th was the same day as the undersigned started a serious (life-imprisonment) trial which has fully preoccupied him. That said, he has caused inconvenience to the Court, and genuinely apologizes..

to such sentencing memorandum.

DATED: October 22, 2010

//s// Donald Thomas Bergerson

_____
DONALD THOMAS BERGERSON
CSBN 91263
15 Boardman Place, Ste. 2D
San Francisco, CA., 94103
Telephone: (415) 621-8149
mrwork1@gmail.com
Attorney for Defrendant, ASPILLERA

**PROOF OF SERVICE**

The within NOTICE OF FILING AND ANNEXED DOCUMENTS were served electronically on the United States Attorney, attn. W. Douglas Sprague AUSA by the Court's electronic filing service and on Assistant Probation Officer Karen Mar, by United States Mail, postage prepaid, at 1301 Clay Street, Ste. 220 S, Oakland, CA., 94612-5217, and I so declare under penalty of perjury save where alleged on information and belief, which portions I believe to be true. EXECUTED: City and County of San Francisco, Northern District of California, this October 22, 2010

by: //s// Donald Thomas Bergerson
_____
DONALD THOMAS BERGERSON