DONALD THOMAS BERGERSON
CSB No. 91263
15 Boardman Place, Suite 2D
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288

Attorney for Defendant,
LILY ASPILLERA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,         )   No. 3:09-CR-1102-SI
                                  )
        Plaintiff,                )   SUPPLEMENTAL SENTENCING
                                  )   EXHIBITS OF LILY ASPILLERA
   vs.                            )
                                  )
LILY ASPILLERA,                   )
                                  )
        Defendant.                )
                                  )

DATED: October 25, 2010

                    Respectfully Submitted:

                    //s// Donald Thomas Bergerson

                    _____
                    DONALD THOMAS BERGERSON
                    CSBN 91263
                    15 Boardman Place, Ste. 2D
                    San Francisco, CA., 94103
                    Telephone: (415) 621-8149
                    mrwork1@gmail.com
                    Attorney for Defrendant, ASPILLERA

## PROOF OF SERVICE

The within SUPPLEMENTAL SENTENCING EXHIBITS was served electronically on the United States Attorney, attn. W. Douglas Sprague AUSA by the Court's electronic filing service and on Assistant Probation Officer Karen Mar, by United States Mail, postage prepaid, at 1301 Clay Street, Ste. 220 S, Oakland, CA., 94612-5217, and I so declare under penalty of perjury save where alleged on information and belief, which portions I believe to be true. EXECUTED: City and County of San Francisco, Northern District of California, this October 25, 2010

by: //s// Donald Thomas Bergerson
_____
DONALD THOMAS BERGERSON