Hon. Judge Ilston

Your Honor,

I am a congestive heart failure patient and my wife Lily is my 24/7 caregiver. She gives me all my medications and gives me my insulin shots all of which after my brain surgery I seem not to remember exactly what to take when. At night is the worst, because I would have nightmares and she senses it right away and shakes me hard to wake me up. I also have fallen down three times since my brain surgery last May and were it not for her, the fall could have been not just an accident but a tragedy.

My wife has always been at my side all the times I was very, very ill, sleeping in hospital chairs at night and doing double duty with the nurses, just to make sure I survive. It was her caring and unselfish devotion to care for me that made it possible for me to survive. When she gets prison time, I don't know what I will do. We cannot afford home care and all members of my family have their own work, husband and children to take care of. Besides, being married for 41 years, it is hard not to have her with me.

I pray for your compassion . I know she committed a crime for which she is very sorry for, but at the same time all these years she had always been a straightforward law abiding citizen and never got into any trouble.

Hector N. Aspillera Jr.
Husband

September 27, 2010

To Whom It May Concern:

There are no words to easily describe my mother or what she means to me and our family. First and foremost, she has always taught us that family and faith always come first. We truly believe that a family that prays together stays together and will whether any storm. No truer words apply than at this very moment. My mother is a pillar of strength, the glue that binds our family together and a role model of positive parenting. She is an avid supporter of education, ambition and hard work. These were characteristics on which our childhood foundation was built and which lead us to achieving our goals of becoming successful, well-adjusted individuals today. She loves unconditionally and forgives whole-heartedly. Her sage counsel and sound advice for us was never intrusive but always freely and gently given when the time was right or solicited by us. She is loyal to a fault and has always stood by us in times of need.

Her circumstance today is a mystery to us all. However, it is not up to us, her family, to judge her sins or crimes; that we leave to God and to Mother Justice. But now it is our turn to stand with her and help her through the atonement process and begin the healing within her and our family. "Suffering breeds character and character breeds faith", a favorite saying of my mother comes to mind as I pen this letter on her behalf. Through her suffering of today, her true character filled with penitence for what she has done will bring her back to her faith and help her realize and accept the wrong she has done. I know this because my mother and I are very close and I love her unconditionally, still. She is my confidant, my mentor, my best friend. I am her only daughter and her oldest child. My name is Charee Dion and my mother is Lily Aspillera. Despite her "fall from grace" and whatever the outcome of her actions may be, I am still proud to call her my mother and will stand by her today and always.

Sincerely,

*Charee Dion*

Charee Aspillera Dion

To whom it may concern,

This letter is in support of my mother Lily Castillo Aspillera. I wanted to convey the type of caring and loving person she has been throughout my lifetime. She has played a vital role in my development as a respectful and law abiding citizen. Leading through example, she has displayed the integrity and mindfulness that has helped me become the man I am today. She's forged a long and meaningful life through honest hard work and dedication. Traditional family values are the guidelines that the majority of Americans abide by, and my mother has not strayed from that, building a solid foundation for our family. Everything from hard work to table manners, she has been a true guiding light for me and my siblings. Please take this letter to note, my mother is a genuine and honest person. I believe that with every sense of my well being.

Regards,
Richard Aspillera

October 21, 2010

To Whom It May Concern:

This is to inform you that my aunt, Lily C. Aspillera, of San Francisco, California U.S.A., who is my mother's sister, has funded us financially all throughout my mother's cancer illness since 2001, here in Manila, Philippines. Besides this, she has also sent my sister to College paying for her tuition and other miscellaneous fees needed. She helped us pay hospital bills when my sister gave birth. All the times we needed help, she was there. She really made us feel that despite the distance, we always had real family we could count on for anything. We didn't even have to ask, she was with us all the way.

Our family had financial problems since my mother got sick, lessening our income with only our father working, but his salary was not enough, he eventually had to do part time from full time to take care of my sick mother, leaving us with very little to get by, almost nothing. Timing was not on our side at that time, everything happened all at the same time. My mother was sick, my father with very little salary, my sister was about to graduate high school to enter college and I just started my first job as a probationary employee. We were powerless over what happened.

My aunt is a big part of our life. She has been instrumental for our survival during our hardest times. If not for her, we wouldn't know how we would have gotten by all this time.

My mother has passed away last 2007, and my father just last month. My sister and I are technically orphans now, and she said the most touching words ever when my father passed away, "You know what Tatie, if this happened and you and your sister aren't married yet, I would have moved heaven and earth just to bring you and your sister here with me in the States". It really stuck to me and when I remember those words, it brings me to tears as she is our closest link to my mother and to my father as well. We would always tell her that it's too bad she lives so far from us, life would be so much easier to live with her physically around us, but we know she has her own life to live in the U.S. with her family.

We are very lucky to have someone as generous, caring & loving as her. She is a very compassionate & helpful person and we will never forget what she did for us. She helped us go through the toughest times in our life. She saved us from a lot of hardships. We are very grateful to her not only for the financial help she has given, but most of all, for being who she is, a person with a lot of heart. We miss her dearly, and hope that with the grace of God, we will see her and her family again soon.

Sincerely,

Theresa G. Agustin
(Niece)

October 20, 2010

To whom it may concern:

I am writing this letter in support of Lily Castillo Aspillera, my sister-in-law of more than 40 years. I have known her to be an honest and respectable person, a law abiding citizen and a hard working dedicated mother. She has always been the caring and loving mother to her children. Lily is a true, genuine and honest person that I have known all these years.

Thank you.

Carlota Aspillera